**E-FILED**
Monday, 06 December, 2004  09:37:12 AM
Clerk, U.S. District Court, ILCD

## RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)

Case Name: Kristophier Harms

Case Number: 04-10006

The appeal time having expired ~~and/or the appeal having been concluded,~~ the original Sealed Pre-Sentence Report (document number __14__), Sentencing Recommendation (document number __15__) and Statement of Reason(s) Page (document number __19__) were returned to the U.S. Probation Office on __12/3/4__.

Received by:

__S/Douglas Heuumann__
U.S. Probation Office
Date: __12/6/04__