## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | No. 04-10006 |
| ) | |
| **KRISTOPHER SCOTT HARMS,** ) | |
| ) | |
| **Defendant.** ) | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on August 23, 2004, this Court entered an Order of Forfeiture and Seizure pursuant to the provisions of 18 U.S.C. §2253 based upon the defendant Kristopher Scott Harms' guilty plea and agreement to the forfeiture of certain property to the United States;

AND WHEREAS, on September 29, October 6 and 13, 2004, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, this Court has been advised that no petitions or claims have been filed.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

A.    All right, title and interest in the following property is forfeited to the United States:

1. Dell Dimension 2350 computer, serial number JCZGG21, complete with keyboard, mouse, monitor, cords, etc.;

2. Western Digital Hard Drive, serial number WMAD12164989; and

3. CD diskettes.

B. The United States Marshals Service, or its agents or representatives, is hereby authorized to dispose of said property in accordance with law.

ENTERED this 5th day of January, 2005.

s/Michael M. Mihm  
District Judge Michael M. Mihm