E-FILED
Wednesday, 21 September, 2005 11:42:38 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

SEALED
FILED
SEP 2 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **WARRANT FOR ARREST** |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 04-10006-001 |
| KHRISTOPHIER SCOTT HARMS | ) | |
| Defendant | ) | |

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Khristophier Scott Harms, _____, Metamora, IL, and bring him forthwith to the nearest magistrate judge to answer an Indictment charging him with Possession of Child Pornography in violation of Title 18, United States Code, Section(s) 2252A(a)(5)(B) and Criminal Forfeiture pursuant to 18 United States Code, Section 2253.

**JOHN M. WATERS**
Name of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

s/ John M. Waters
Signature of Issuing Officer

1/22/2004 at Peroia, Illinois
Date and Location

**Bail fixed at $ NO BOND by Joe B. McDade, Chief U. S. District Judge.**

### RETURN

This warrant was received and executed with the arrest of the above named defendant at  Peoria, IL

| Date Received 1-27-04 | Name of Arresting Officer James Feehan | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 3-22-04 | Title of Arresting Officer FBI | [signature] |

RECEIVED 2004 JAN 28 P 12:51 U.S. MARSHALS SERVICE CENTRAL ILLINOIS
RECEIVED 2004 JAN 27 A 9:3_ U.S. MARSHALS SERVICE CENTRAL ILLINOIS